IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY                              :        CIVIL ACTION
                                        :
         vs.                            :
                                        :        NO. 17-4794
POSEL CORPORATION, et al

O R D E R

**AND NOW, TO WIT:** This     25th     day of   June     , 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

                    /s/ Kristin R. Makely
         **BY:** _____
                    Kristin R. Makely
                    Deputy Clerk

Civ 2 (8/2000)
41(b).frm